

**FILED**

MAR 1 0 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No.: 2:20-CR-38 |
| v. | ) |
| | ) JUDGE Greer |
| PATRICK DALTON GREENE, | ) |
| Also known as "TALIBAN" | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, on or about October 9, 2019, within the Eastern District of Tennessee, the defendant, PATRICK DALTON GREENE, also known as "TALIBAN," did knowingly, intentionally, and without authority, distribute more than 5 grams of methamphetamine, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

### COUNT TWO

The Grand Jury further charges that, on or about December 16, 2019, within the Eastern District of Tennessee, the defendant, PATRICK DALTON GREENE, also known as "TALIBAN," knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a Glock, Model 17, pistol, that firearm having been transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## FIREARMS FORFEITURE ALLEGATIONS

1. The allegation contained in Count Two of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) as incorporated by Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g)(1), as set forth in this Indictment, the defendant, PATRICK DALTON GREENE, also known as "TALIBAN," shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including but not limited to:

(a) Glock, Model 17, pistol.

[18 U.S.C. § 924(d)(1) as incorporated by Title 28, United States Code, Section 2461(c).]

A TRUE BILL:

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: B. TODD MARTIN
Assistant United States Attorney

2